## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **SETH THOMPSON,** | § | |
| **On Behalf of Himself and Others** | § | |
| **Similarly Situated,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.  3:20-CV-00982** |
| | § | |
| **HOME FRONT DFW, LLC; M633ML,** | § | |
| **LLC; and MICHAEL HAYWORTH,** | § | |
| **Individually,** | § | |
| | § | |
| **Defendants.** | § | |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Seth Thompson stipulates to dismissal of this action with prejudice, with each side to bear its own costs and attorney's fees.

Respectfully submitted,

**KILGORE & KILGORE PLLC**

By: */s/ Daryl J. Sinkule*
DARYL J. SINKULE
State Bar No. 24037502
djs@kilgorelaw.com
Kilgore Law Center
3109 Carlisle Street
Dallas, Texas 75204-1194
Telephone: (214) 969-9099
Facsimile: (214) 379-0843

**ATTORNEYS FOR PLAINTIFF**
**SETH THOMPSON**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2020, a true and correct copy of the foregoing instrument was electronically transmitted to the Clerk of the Court for filing via the Court's ECF System, and service of Notice of Electronic Filing was made to counsel for the Defendants via email, as shown below:

Home Front DFW, LLC
M633ML, LLC
Michael Hayworth
c/o John D. Bosco
Bailey Brauer PLLC
8350 N. Central Expressway, Suite 650
Dallas, Texas 75206
jbosco@baileybrauer.com

*/s/ Daryl J. Sinkule*
DARYL J. SINKULE